## AGUSTIN BLASIN, TRUSTEE, ESTATE OF FELIX NAVARRO & COMPANY, Plff.,

*v.*

## GENARO LOPEZ GONZALEZ, Dft.

---

San Juan, Equity, No. 1139.

IN THE MATTER OF AN INJUNCTION BOND.

Bankruptcy—Plenary Suit by Trustee—Injunction Bond.
    Where the trustee brings a plenary suit in this court to recover assets of the bankrupt estate, it is not necessary for him to

Blasin v. Gonzalez.

give an injunction bond in order to obtain an injunction against alienation, provided the estate itself has property.

Opinion filed August 5, 1916.

---

*Mr. Harry F. Besosa* for plaintiff.

*Mr. Ed. Flores Colon* for defendant.

HAMILTON, Judge, delivered the following opinion:

The question arises as to whether the trustee in this case should give an injunction bond. The usual practice is to require bonds of parties seeking injunctions, but the matter is to some extent within the discretion of the court. A trustee in bankruptcy being in effect an officer of the court, and it being supposed that he is acting for the interests of the estate, a bond is not always asked where the estate itself has property. That seems to be the case in the present application. Authorities on this point are as follows:

"Undoubtedly, the court has authority to dispense with the giving of the customary injunction bond. Certainly so, if it may do so in independent plenary suits instituted by the receiver or trustee, as held in some cases." Remington, Bankr. § 370, p. 302; Re Barrett, 12 Am. Bankr. Rep. 626. "Security for costs will not be required of receivers or trustees suing in independent actions [in the United States district courts], at least in the same jurisdiction wherein appointed, if there are sufficient assets in the estate, unless the suits are not brought in good faith." Remington, Bankr. § 1756, p.

Blasin v. Gonzalez.

1637; Re Baird, 7 Am. Bankr. Rep. 448, 112 Fed. 960. The restraining order was granted without any bond, under the general equity powers conferred on the courts by § 2 of the Bankrupt Act. In equity cases, when an injunction is granted without a bond, only taxable costs can be allowed." Re Williams, 9 Am. Bankr. Rep. 736.

In this case, therefore, an injunction may issue without bond, but with the right reserved to change this order if the parties affected show that the circumstances of the case make a change proper.